UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID'S BRIDAL, INC. and DBD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE HOUSE OF BRIDES, INC. et al., <br><br> Defendants/ <br> Third-party Plaintiffs, <br> v. <br><br> EMME BRIDAL, INC. et al., <br><br> Third-party Defendants. | Civil Action No. 06-5660 (SRC) <br><br> **ORDER** |

**CHESLER, U.S.D.J.**

This matter comes before the Court on the motion for summary judgment, pursuant to Federal Rule of Civil Procedure 56, by third-party Defendant Emme Bridal, Inc. ("Emme"); and the Court having considered the parties' submissions; and for the reasons stated in the accompanying Opinion, and good cause appearing

**IT IS** on this 23rd day of February, 2010,

**ORDERED** that Emme's motion for summary judgment (Docket Entry No. 120) is **GRANTED**; and it is further

**ORDERED** that Judgment on the first and second counts of the Third-Party Complaint is hereby entered in favor of Emme.

                                           s/ Stanley R. Chesler
                                       STANLEY R. CHESLER, U.S.D.J.